JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF BERNSTEIN, | Case No. CV 23-2575 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PAYREEL, INC., et al., | |
| Defendants. | |

In accordance with the Court's July 5, 2023 Minute Order granting the Motion to Compel Arbitration filed by defendant PayReel, Inc.,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the parties are therefore ordered to participate in arbitration.

IT IS ADDITIONALLY HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed without prejudice.

DATED: July 5, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE