ARMOND M. JACKSON, Bar No. 281547
ANDREA M. FERNANDEZ, Bar No. 295924
**JACKSON APC**
2 Ventura Plaza, Suite 400
Irvine, CA 92618
Telephone:  949.281.6857
Fax No.       949.777.6218

Attorneys for Plaintiff JOSEF BERNSTEIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF BERNSTEIN, as an individual and on behalf of other similarly situated employees,<br><br>Plaintiff,<br>vs.<br><br>PAYREEL, INC., a Colorado corporation, ANHEUSER-BUSCH, LLC, a Missouri corporation, 160OVER90, ENDEAVOR OPERATINF COMPANY, LLC, a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.  2:23-cv-02575-PA-AS<br><br>Assigned for all purposes to:<br>Judge Percy Anderson<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  March 01, 2023<br>Removal Date: April 5, 2023<br>Trial Date:   None Set |

TO THE COURT, ALL PARTIES AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the above-captioned case has settled. The parties have fully executed the settlement agreement. The parties are now working towards seeking court approval of Plaintiff's claims pursuant to the California Private Attorney General Act.

**JACKSON APC**

Dated:   January 9, 2025

/S/ ARMOND M. JACKSON
ARMOND M. JACKSON
JACKSON LAW, APC
Attorneys for Plaintiff
JOSEF BERNSTEIN

**PROOF OF SERVICE**
STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 Venture Plaza, Ste. 400, Irvine, CA 92618.

On January 9, 2024 referring to the foregoing document described as:

**NOTICE OF SETTLEMENT**

Was served on the interested parties in this action:

| | |
|---|---|
| BRANDON R. MCKELVEY<br>brandon@medinamckelvey.com<br>TIMOTHY B. NELSON<br>tim@medinamckelvey.com<br>KYLE W. OWEN<br>kyle@medinamckelvey.com<br>**MEDINA MCKELVEY LLP**<br>925 Highland Pointe Drive, Suite 300<br>Roseville, California 95678<br>Telephone: (916) 960-2211<br>Facsimile: (916) 742-5488 | Attorneys for Defendant<br>PAYREEL, INC. |
| MAX FISCHER<br>max.fischer@morganlewis.com<br>BRIAN D. FAHY<br>brian.fahy@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA 90071-3132<br>Tel: +1.213.612.2500<br>Fax: +1.213.612.2501 | Attorneys for Defendants<br>ANHEUSER-BUSCH, LLC,<br>ENDEAVOR OPERATING COMPANY, LLC, and<br>160OVER90 |
| CAMILLE WATSON | Attorneys for Defendant |

camille.watson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

(XX) **[BY EMAIL OR ELECTRONIC TRANSMISSION]** –I caused all of the pages of the above-entitled document created as a portable document file format and attached to a properly addressed electronic mail message to be sent to the interested parties in this action on the date specified below. The email address I used is noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on **January 9, 2025**, at Irvine, California.

| 1/9/2025 | ARMOND M. JACKSON | /s/ ARMOND M. JACKSON |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |